UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>v.<br><br>DERRICK LIONEL-ROOSEVELT DAVIS,<br><br>Defendant-Petitioner.<br>_____/ | Case No. 12-cr-20462<br><br>Paul D. Borman<br>United States District Judge<br><br>R. Steven Whalen<br>United States Magistrate Judge |

On August 14, 2018, Magistrate Judge R. Steven Whalen issued a Report & Recommendation (ECF No. 114) in which he recommended that the Defendant's Motion Seeking Reconsideration of Restitution-Clarifying Payment (ECF No. 106) be DENIED.

In the Report and Recommendation, the parties were advised that any objections must be filed within fourteen days of service of a copy as provided for in 28 U.S.C. 636(b)(1) and E.D. Mich. LR 72.1(d)(2) and that failure to file specific objections constitutes a waiver of any further right of appeal.

There having been no timely objections filed, the Court

(1) ACCEPTS the magistrate judge's Report and Recommendation (ECF No. 114);

(2) DENIES Defendants Motion Seeking Reconsideration of Restitution-Clarifying Payment (ECF No. 106)

SO ORDERED.

Paul D. Borman
United States District Judge

Dated: SEP 1 4 2018